AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| Joffre Cela Apolo, <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> The Hospitality Center of Florida, Inc. <br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  0:26-cv-60796-EA

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   The Hospitality Center of Florida. Inc.
through its Registered Agent:

Murillo-Gutierrez, Rodolfo

420 SW 12th Ave
Miami, FL 33130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Simpson & Mena, P.A.
2250 Southwest Third Avenue
Suite 501
Miami, Florida 33129
Tel: 305-912-7665

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:   Mar 19, 2026   _____

*s/ W. Cendejas*
_____
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court